TROY NURSING & REHABILITATION CENTER, LLC, Doing Business as THE SPRINGS NURSING & REHABILITATION CENTRE, Respondent, v ERNEST NAYLOR, Defendant, and DIANA GAETANO, Individually and as Responsible Party and Attorney-in-Fact for ERNEST NAYLOR, Appellant.

Submitted June 11, 2012; decided October 18, 2012

Motion for leave to appeal dismissed upon the ground that timely substitution has not been made (*see* CPLR 1021).

[978 NE2d 599, 954 NYS2d 7]

In the Matter of ROBERT P. APPLE.

Decided October 23, 2012

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Hon. Robert P. Apple is suspended, with pay, effective immediately, from the office of Justice of the Pawling Village Court, Dutchess County, pursuant to New York State Constitution, article VI, § 22 and Judiciary Law § 44 (8).

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.